**Walton KJELDERGAARD, Respondent,**

v.

**PUERINGER DISTRIBUTION, INC. and Liberty Mutual Insurance Companies, Relators,**

**and**

**MN Department of Labor and Industry, Workers' Compensation Division, Respondent.**

No. CX–02–628.

Supreme Court of Minnesota.

July 19, 2002.

Sieben, Polk, Laverdiere, Jones & Hawn, John P. Sieben (# 17824X), Hastings, MN, attorneys for respondent—Walton Kjeldergaard.

Conley & Borgeson, Amy L. Borgeson (# 988X), St. Paul, MN, attorneys for relators—Pueringer Distribution, Inc., and Liberty Mutual Insurance Companies.

Michael A. Hatch, Minnesota Attorney General, Rory Foley (# 155056), St. Paul, MN, attorney for respondent—MN Department of Labor and Industry, Workers' Compensation Division.

Orbovich & Gartner, Chartered, Samuel D. Orbovich (# 137017), St. Paul, MN, attorneys for Amicus Curiae—Insurance Federation of Minnesota.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed March 20, 2002, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT

James H. Gilbert
James H. Gilbert
Associate Justice